**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**ASSEFA GABREL EGZIABHER** **PLAINTIFF**

**v.** **Case No. 5:26-CV-05078-DCF**

**PATROLMAN ECKOLS, *et al.*** **DEFENDANT**

**ORDER**

The Court has received proposed findings and recommendations (Doc. 13) from Magistrate Judge Christy D. Comstock. There have been no objections and the period for filing objections has passed. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, Plaintiff's case will be **STAYED** and **ADMINISTRATIVELY TERMINATED**.

**IT IS SO ORDERED** this 20th day of August 2026.

/s/ David Clay Fowlkes
DAVID CLAY FOWLKES
UNITED STATES DISTRICT JUDGE